AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25-494 (CVR) |
| Arlene Cabot-Carlo | ) | |
| *Defendant* | ) | |

RECEIVED & FILED
CLERK'S OFFICE
NOV 24 2025
US DISTRICT COURT
SAN JUAN, PR

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/20/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mayte Bayolo-Alonso
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Camille L. Vélez-Rivé, U.S. District Judge
*Judge's printed name and title*