IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] ARLENE A. CABOT-CARLO,<br>[2] EXPLORING TOGETHER THERAPY LLC,<br>Defendants. | INFORMATION<br>CRIMINAL NO. 25-494 (CVR)<br><br>VIOLATION:<br><br>18 U.S.C. § 641<br><br>ONE COUNT |

The United States Attorney Charges:

## COUNT ONE
### Theft of Government Money
### (18 U.S.C. § 641)

From in or about January 2021, and continuing thereafter until in or about July 2024, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendants,

**[1] ARLENE A. CABOT-CARLO, and
[2] EXPLORING TOGETHER THERAPY LLC,**

willfully and knowingly did steal, purloin, and convert to the use of another federal funds of the United States Department of Education, having a value exceeding $1,000, in violation of 18 U.S.C. § 641.

W. STEPHEN MULDROW
United States Attorney

_____
Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud &
Public Corruption Section

_____
Linet Olinghouse
Assistant United States Attorney